**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| STEVE MEDINA, | No. 99-141 |
| *Defendant*. | |

**ORDER**

**AND NOW**, this 23rd day of August, 2016, upon consideration of Steve Medina's

("Medina") "Motion for Nunc Pro Tunc Application of Guideline Amendment to U.S.S.G.

§ 5G1.3" (ECF No. 120), the United States of America's Response (ECF No. 123) and Medina's

"Motion to Vacate/Set Aside/Correct Sentence" under 28 U.S.C. Section 2255 (ECF No. 124), it

is **ORDERED** that the motions are **DENIED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1